UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPN, INC.,

                       Plaintiff,

- vs -

PRINCETON SKI OUTLET CORP. d b a
PRINCETON SKI SHOPS and CORERIDE, INC.,

                       Defendants.

CIVIL NO.



JUDGE KOELTL

07 CIV 6077

RECEIVED JUN 27 2007 U.S.D.C. S.D. N.Y. CASHIERS

### RULE 7.1 STATEMENT BY ESPN, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ESPN, Inc., a nongovernmental corporate party, certifies that each of the following is a corporate parent or a publicly held corporation that owns more than 10% of the stock of ESPN, Inc.

- Hearst Brazil, Inc.
- The Hearst Corporation
- ESPN Holding Company, Inc.
- ABC Holding Company, Inc.
- ABC, Inc.
- ABC Enterprises, Inc.
- Disney Enterprises, Inc.
- The Walt Disney Company

10633515.1

Dated: New York, New York
June 27, 2007

NIXON PEABODY LLP

By: /s/ *signature*

Frank W. Ryan (FR 0618)
Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York 10023
(212) 940-3000

Attorneys for Plaintiff
ESPN, Inc.

10633515.1