UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPN, INC.,

                               Plaintiff,

- vs -

PRINCETON SKI OUTLET CORP. d/b/a
PRINCETON SKI SHOPS and CORERIDE, INC.,

                               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

07 Civ. 6077 (JGK)

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL**

Plaintiff ESPN, Inc. ("ESPN") and defendants Princeton Ski Outlet Corp. d/b/a Princeton Ski Shops and Coreride, Inc. (collectively, "Defendants"), having informed the Court, through their undersigned counsel, that they have reached a resolution of this action between them;

IT IS HEREBY ORDERED that the above-captioned action as between ESPN and Defendants be, and the same hereby is, dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for ESPN may apply by letter for restoration of the action to the Court subject to the provisions of the Settlement Agreement between the parties.

Case 1:07-cv-06077-JGK   Document 6   Filed 08/28/2007   Page 2 of 2
08-27-07  03:15pm  From-NIXONPEABODYLLP940-3111              T-098  P.04  F-433

08/27/2007 12:42 FAX 212 267 8006       STAMM & OLIVO, LLC                    ☒003

Dated: New York, New York
    August 27, 2007

NIXON PEABODY LLP

By: *[signature]*
Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York 10022
(212) 940-3710
*Attorneys for Plaintiff*
ESPN, Inc.

STAMM & OLIVO, LLP

By: *[signature]* 8/27/07
Philip M. Stamm (PS 7192)
205 Madison Avenue, 4th Floor
New York, New York 10017
(212) 267-7900
*Attorneys for Defendants*
Princeton Ski Outlet Corp. d/b/a
Princeton Ski Shops and Coreride, Inc.

Dated: New York, New York
    8/27, 2007

SO ORDERED:

*[signature]*
Hon. John G. Koeltl
United States District Judge